<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN CHAMBERLAIN,<br><br>        Plaintiff,<br>v.<br><br>TOWNSHIP OF SADDLE BROOK,<br><br>        Defendants. | Civil Action No.<br><br>2:15-cv-8366-SDW-LDW<br><br><br><br>**ORDER**<br><br>May 6, 2016 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on April 19, 2016 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff Karen Chamberlain's ("Plaintiff") motion to remand be **GRANTED** and that Plaintiff's request for cost and fees be **DENIED**.  (Dkt. No. 2, 5.)  No objections were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 5) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
        Magistrate Judge Leda D. Wettre